UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LILLIAN MUNSON

        Plaintiff(s),

v.

AT&T, a Delaware corporation, PACIFIC BELL TELEPHONE COMPANY, and DOES 1 through 50.

        Defendant(s).

No. C  C 07-06470 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 7, 2008

Signature: //S// Janine S. Simerly

Counsel for Defendant AT&T CORP.
(Plaintiff, Defendant, or indicate "pro se")