# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LILLIAN MUNSON,

                Plaintiff(s),

        v.

AT&T CORPORATION, et al.,

                Defendant(s).

CASE NO. c 07-06470 WHA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* Private Mediation

Fred Butler (SBN 124252), 50 California St., Suite 1500, San Francisco, CA 94111

The parties agree to hold the ADR session by:
    ✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated: 2/14/08

                                            _____ for Waukeen McCoy
                                            Attorney for Plaintiff

Dated: 2/14/08

                                            Janine Syll Simerly
                                            Attorney for Defendant