1  or destroyed and that affirms that the Receiving Party has not retained any copies, abstracts,
2  compilations, summaries or other forms of reproducing or capturing any of the Protected Material.
3  Notwithstanding this provision, Counsel are entitled to retain an archival copy of all pleadings,
4  motion papers, transcripts, legal memoranda, correspondence or attorney work product, even if such
5  materials contain Protected Material. Any such archival copies that contain or constitute Protected
6  Material remain subject to this Protective Order as set forth in Section 4 (DURATION), above.
7
8       12. **MISCELLANEOUS**
9            12.1   <u>Right to Further Relief</u>.  Nothing in this Order abridges the right of any person
10  to seek its modification by the Court in the future.
11           12.2   <u>Right to Assert Other Objections</u>.  By stipulating to the entry of this Protective
12  Order no Party waives any right it otherwise would have to object to disclosing or producing any
13  information or item on any ground not addressed in this Stipulated Protective Order.  Similarly, no
14  Party waives any right to object on any ground to use in evidence of any of the material covered by
15  this Protective Order.
16
17  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
18  DATED: 02/27/08          by _____ WAUKEEN McCOY
                                    Attorneys for Plaintiff
19
20  DATED: 02/28/08          _____ Janine Sull Simerly
                                    Attorneys for Defendant
21
22  PURSUANT TO STIPULATION, IT IS SO ORDERED.
23  DATED: _____    _____
24                             [name of judge]
                               United States District/Magistrate Judge
25
26
27
28

                                    12