Janine S. Simerly (SBN 102361)
  jss@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
  lch@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
500 Sansome Street, Suite 400
San Francisco, CA 94111
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants AT&T CORP.
and PACIFIC BELL TELEPHONE COMPANY

Waukeen Q. McCoy (SBN 168228)
  mccoylawsf@yahoo.com
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, CA 94103
Tel.: (415) 675-7705
Fax: (415) 675-2530

Attorney for Plaintiff
LILLIAN MUNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN MUNSON, an individual, | Case No.: CV 07-06470 WHA |
| Plaintiff, | |
| v. | JOINT RULE 26(f) REPORT |
| AT&T, a Delaware corporation, PACIFIC BELL TELEPHONE COMPANY, and DOES 1-50, | The Hon. William H. Alsup |
| Defendants. | |

On February 12, 2008, counsel representing Plaintiff Lillian Munson and Defendants AT&T Corp. and Pacific Bell Telephone Company ("Pacific Bell") met-and-conferred as required by Federal Rules of Civil Procedure 26(f). Plaintiff and Defendant AT&T Corp. hereby submit the following discovery plan:[1]

  (i) The parties shall exchange initial disclosures by mail on or before February 28, 2008;

  (ii) Discovery shall relate to the issues raised in Plaintiff's Complaint and Defendants' Answers thereto;

  (iii) The parties are willing to rely on paper records generated from discoverable electronically stored information, although either party may seek declarations from the other party verifying that the documents constitute true and correct reproductions of the electronically stored information maintained on the computer systems from which they are derived;

  (iv) Given the nature and temporal scope of Plaintiff's claims, Defendants anticipate Plaintiff's deposition may take three seven-hour days to complete, and therefore seek Plaintiff's agreement or a Court Order permitting same;

  (v) Non-expert discovery shall be completed by September 2, 2008;

  (vi) Expert disclosures and reports shall be completed by December 16,

---

[1] Defendant Pacific Bell has recently accepted service of the Plaintiff's First Amended Complaint and will be appearing in this action shortly. However, as Pacific Bell has yet to appear in this action, it is not a party to this Joint Rule 26(f) Report. Nonetheless, Pacific Bell has been consulted regarding the contents of this Report and has agreed to the dates contained herein.

2008;

    (vii)    Expert discovery shall be completed by February 17, 2009; and

    (viii)    Last day to join parties and/or amend pleadings is April 30, 2008.

DATED:     February 28, 2008

By   /S/_____
Janine S. Simerly
Attorney for Defendants
AT&T CORP. and PACIFIC BELL TELEPHONE COMPANY

DATED:     February __, 2008

By_____
Waukeen Q. McCoy
Attorney for Plaintiff
LILLIAN MUNSON

1  2008;

3    (vii) Expert discovery shall be completed by February 17, 2009; and

5    (viii) Last day to join parties and/or amend pleadings is April 30, 2008.

7  DATED: February ___, 2008

8                By _____
9                Janine S. Simerly
                Attorney for Defendants
                AT&T CORP. and PACIFIC BELL TELEPHONE COMPANY

12  DATED: February 28, 2008

              By _____ Don N. Patron
              for Waukeen Q. McCoy
              Attorney for Plaintiff
              LILLIAN MUNSON

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
Larkspur, California