1  Janine S. Simerly (SBN 102361)
   Lisa C. Hamasaki (SBN 197628)
2  MILLER LAW GROUP
   A Professional Corporation
3  500 Sansome Street, Suite 400
   San Francisco, CA 94111
4  Tel. (415) 464-4300
   Fax (415) 464-4336
5
   Attorneys for Defendants AT&T CORP.
6  and PACIFIC BELL TELEPHONE COMPANY

7

8                     **UNITED STATES DISTRICT COURT**

9                     **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | LILLIAN MUNSON, an individual; | Case No.: CV 07-06470 WHA |
|---|---|
| Plaintiff, | **PACIFIC BELL TELEPHONE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES** |
| v. | |
| AT&T, a Delaware corporation, PACIFIC BELL TELEPHONE COMPANY, and DOES 1-50, | |
| Defendants. | |

20  TO THE CLERK OF COURT, PLAINTIFF AND PLAINTIFF'S ATTORNEY:

21

22         Pursuant to Civil Local Rule 3-16, Defendant Pacific Bell Telephone Company
23  hereby certifies that Pacific Bell Telephone Company a California corporation, is a wholly
24  owned subsidiary of AT&T Teleholdings, Inc.  AT&T Teleholdings, Inc. is a wholly owned
25  subsidiary of AT&T Inc.  AT&T Inc., a Delaware corporation, is publicly traded on the New
26  York Stock Exchange.

27

28

1

**PACIFIC BELL'S CERTIFICATION OF INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 3-16**
**Case No. CV 07-06470 WHA**

1  Defendant Pacific Bell is also aware that Defendant AT&T Corp. is a party to
2  this proceeding.  Defendant Pacific Bell has knowledge that AT&T Corp., a New York
3  corporation, is a wholly owned subsidiary of AT&T Inc.

7  Dated:  March 4, 2008               MILLER LAW GROUP
                                        A Professional Corporation

10                                     By: ___/S/_____
                                           Janine S. Simerly
11                                         Attorneys for Defendants AT&T CORP.
                                           and PACIFIC BELL TELEPHONE
12                                         COMPANY