UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge: WILLIAM ALSUP**

**Date**: March 6, 2008

**Case No:** C 07-06470 WHA

**Case Title**: LILLIAN MUNSON v. AT&T CORP., et al.

**Appearances:**

    For Plaintiff(s): Dow Patten

    For Defendant(s): Janine Simerly, Lisa Hamasaki

**Deputy Clerk**: Rowena B. Espinosa        **Court Reporter**: Kathy Wyatt

### PROCEEDINGS

1. Case Management Conference - held

MOTION/MATTER:  ( ) Granted
               ( ) Denied
               ( ) Granted in part/Denied in part
               ( ) Taken under submission
               ( ) Withdrawn/Off Calendar
               ( ) Continued to:

Order to be prepared by:     ( ) Plaintiff   ( ) Defendant   (X) Court

### SUMMARY

- Initial disclosures by 03/14/08; discovery cutoff is 10/31/08; summary judgment motions by 12/18/08; pretrial conference on 02/23/09; trial on 03/09/09.
- This matter is referred to private mediation to be completed by 06/30/08.

Cc: ADR