Janine S. Simerly (SBN 102361)
    *jss@millerlawgroup.com*
Lisa C. Hamasaki (SBN 197628)
    *lch@millerlawgroup.com*
Matthew P. Vandall (SBN 196962)
    *mpv@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
500 Sansome Street, Suite 400
San Francisco, CA 94111
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants AT&T CORP.
and PACIFIC BELL TELEPHONE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN MUNSON, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T, a Delaware corporation, PACIFIC BELL TELEPHONE COMPANY, and DOES 1-50,<br><br>    Defendants. | Case No.: CV 07-06470 WHA<br><br>**STIPULATION AND REQUEST FOR DISMISSAL** |

Plaintiff LILLIAN MUNSON and Defendants AT&T CORP. and PACIFIC BELL TELEPHONE COMPANY, by and through their respective counsel, agree and stipulate to the dismissal of this action with prejudice.

Dated: July 14, 2008  LAW OFFICES OF WAUKEEN Q. McCOY

By: /s/ Waukeen Q. McCoy
Waukeen Q. McCoy
Attorneys for Plaintiff LILLIAN MUNSON

Dated: July 28, 2008  MILLER LAW GROUP
A Professional Corporation

By: /s/
Janine S. Simerly
Attorneys for Defendants
AT&T CORP. and PACIFIC BELL
TELEPHONE COMPANY