1  Plaintiff LILLIAN MUNSON and Defendants AT&T CORP. and PACIFIC BELL
2  TELEPHONE COMPANY, by and through their respective counsel, agree and stipulate to
3  the dismissal of this action with prejudice.

4  Dated: July 14, 2008

LAW OFFICES OF WAUKEEN Q. McCOY

By: _____
Waukeen Q. McCoy
Attorneys for Plaintiff LILLIAN MUNSON

Dated: July ___, 2008

MILLER LAW GROUP
A Professional Corporation

By: _____
Janine S. Simerly
Attorneys for Defendants
AT&T CORP. and PACIFIC BELL
TELEPHONE COMPANY